| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA,  :<br>                                                                      :<br>           -against-                                         :<br>                                                                      :<br>WILKINS ESTRELLA and CHARLENE  :<br>MARTE,                                                      :<br>                                                                      :<br>                                      Defendants.  X<br>------------------------------------------------------------ | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/25/2025<br><br>1:24-mj-1355-GHW<br><br><u>ORDER</u> |

GREGORY H. WOODS, United States District Judge:

     A proceeding in this matter will take place on March 28, 2025 at 10:00 a.m.  The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

     SO ORDERED.

Dated: March 25, 2025  
New York, New York

                                                       _____  
                                                       GREGORY H. WOODS  
                                                     United States District Judge